# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13327-AMC

CHRISTOPHER  CALTABIANO

14 VERNON ROAD

HAVERTOWN, PA 19083

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHRISTOPHER  CALTABIANO

  14 VERNON ROAD

  HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

  TIMOTHY ZEARFOSS
  143-145 LONG LANE

  UPER DARBY, PA 19082

Date: 7/24/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee