UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                   :
                                                                        Chapter   13
                                                                        :

CHRISTOPHER CALTABIANO

    Debtor(s)

                                                                        :   Bankruptcy No.  18-13327AMC

**ORDER**

AND NOW, to wit, this    7th    day of    August    2018    it is

1.*(XX)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )  ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.  **(3) PREVIOUSLY SCHEDULED 341 MEETINGS.**

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

7*( )   ORDERED that since Debtor failed to file completed Documents and A TIMELY Pre-Petition Credit Counseling Certificate as required by 11U.S.C. 109(h)(1), this case be and is hereby DISMISSED.

_____
ASHELY M. CHAN
United States Bankruptcy Judge